**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 10-7022**

———————

JAMES D. SCOTT,

             Plaintiff - Appellant,

      v.

ANTHONY PADULA, Lee CI Warden; LINDA DUNLAP, SCDC Medical
Nurse Director; GENE NOLES, SCDC Inmate Grievance Director;
JON OZMINT, SCDC Director; DOCTOR DAVIS, SCDC Medical
Director; C. JAMES; GERALDINE P. MIRO,

             Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  Henry F. Floyd, District Judge.
(0:08-cv-03240-HFF)

———————

Submitted:  February 10, 2011      Decided:  February 17, 2011

———————

Before WILKINSON and DAVIS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

James D. Scott, Appellant Pro Se.  James E. Parham, Jr., Irmo,
South Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James D. Scott appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error.[*] Accordingly, we affirm for the reasons stated by the district court. Scott v. Padula, No. 0:08-cv-03240-HFF (D.S.C. filed June 30, 2010; entered July 1, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Pursuant to 4th Cir. R. 34(b), we have limited our review to the issues raised in Scott's informal brief.